UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**Criminal No.** 00-788

UNITED STATES OF AMERICA v. Michael Fitzgerald-McAllister

PETITION FOR WRIT OF HABEAS CORPUS: Your petitioner shows that

1. **Michael Fitzgerald-McAllister**, SBI# 570771B, is now confined at the Essex County Jail.

2. Said individual will be required at the United States District Court in Newark, New Jersey, on Tuesday, November 10, 2009, at 10:00 a.m. for a Violation Hearing before Hon. William H. Walls in the above captioned case, in which he is a defendant and a Writ of Habeas Corpus should be issued for that purpose.

DATED: November 5, 2009

/s Eric T. Kanefsky
ERCI T. KANEFSKY
Assistant United States Attorney
Petitioner (973) 645-2779

ORDER FOR WRIT: Let the Writ Issue
DATED: 5 November 2009

HON. WILLIAM H. WALLS
UNITED STATES DISTRICT JUDGE

WRIT OF HABEAS CORPUS: The United States of America to

WARDEN OF ESSEX COUNTY JAIL, WE COMMAND that you have the body of **Michael Fitzgerald-McAllister**, SBI# 570771B, now confined in Essex County Jail, brought to the United States District Court, located in Newark, N.J. on Tuesday, November 10, 2009, at 10:00 a.m. for a Violation Hearing, in the above-captioned matter. The defendant shall remain in federal custody until these proceedings are completed. Immediately on completion of these proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable William H. Walls
United States District Judge at Newark, NJ

DATED: 11/5/2009

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk